UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA WAHWAI ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:22-cv-00073 |
| ) | |
| vs. ) | St. Louis County Circuit Court: |
| ) | |
| STAR TRANSPORT, INC. and ) | 21SL-CC06282 |
| GREGORY NIX, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Star Transport, Inc. hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    **Covenant Logistics Group, Inc.**

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    **None.**

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

    **Covenant Logistics Group, Inc.**

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

    **Not applicable.**

1

        */s/ Joseph R. Swift*
Joseph R. Swift #37241
BAKER STERCHI COWDEN & RICE, LLC
100 North Broadway, 21st Floor
St. Louis, MO 63102
314-345-5000
jswift@bscr-law.com
*Attorneys for Defendants*
*Star Transport, Inc. and Gregory Nix*

**CERTIFICATE OF SERVICE AND**
**CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)**

    I hereby certify that a copy of the foregoing was served by the Court's electronic filing system on this 9th day of February 2022, on the counsel of record listed below.  In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he has signed the original of this Certificate and the foregoing pleading.

John Hipskind
Hipskind & McAninch, LLC
5111 West Main Street
Belleville, Illinois 62226
john@hm-attorneys.com


        */s/ Joseph R. Swift*